FILED
ASHEVILLE, N.C.

AUG 03 2021

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:21 CR 71-MR-WCM |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **INDICTMENT** |
| DANIEL GUADALUPE MARTINEZ | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrant, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation and related investigations, to prevent the flight of the defendant in this case and the defendants in the related cases to avoid prosecution, and to prevent the destruction of evidence until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrant, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 3 RC day of August, 2021

MAX O. COGBURN, JR.
UNITED STATES DISTRICT JUDGE